# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1483
_____

United States of America,

*Plaintiff - Appellee*,

v.

Jamil Barhoumi,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: July 10, 2023
Filed: August 2, 2023
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jamil Barhoumi appeals after the district court[1] revoked his supervised release and sentenced him to 12 months in prison. His counsel has moved for leave to withdraw and filed a brief challenging the revocation sentence.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Barhoumi. There is no indication that the court gave significant weight to an improper or irrelevant factor or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006); *United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004). The revocation prison sentence was below the statutory maximum. *See* 18 U.S.C. § 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____